834

No. 254. CANNATELLA v. VIRGINIA. Supreme Court of Appeals of Virginia. Certiorari denied. *James K. Hughes* and *T. Emmett McKenzie* for petitioner.

No. 258. LE DANS, LTD., ET AL. v. LANVIN PARFUMS, INC. Court of Appeals of New York. Certiorari denied. *Robert Goldstein* for petitioners. *Jay Leo Rothschild* for respondent.

No. 261. SMITH ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Harry E. Claiborne* and *Jacob Kossman* for petitioners. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 262. DECKER ET AL. v. UNITED STATES. C. A. 6th Cir. Certiorari denied. *Ralph H. Logan* for petitioners. *Solicitor General Cox, Assistant Attorney General Miller, Robert S. Erdahl* and *Sidney M. Glazer* for the United States.

No. 265. JAMES v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *George M. Snellings, Jr.* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Robert S. Erdahl* and *Sidney M. Glazer* for the United States.

No. 274. CAFFERATA v. OHIO. Supreme Court of Ohio. Certiorari denied. Petitioner *pro se. C. Watson Hover* for respondent.

No. 267. BAGDASIAN v. UNITED STATES. C. A. 4th Cir. Certiorari denied. *James B. Murphy* and *Eugene Gressman* for petitioner.